ANTHONY CARAGLIANO, Appellant, v. JAMES GRASSO, Respondent.—

No opinion. Concur — Botein, P. J., McNally, Stevens, Steuer and Noonan, JJ.